In the Matter of COREY S., a Person Alleged to be a Juvenile Delinquent, Appellant. [30 NYS3d 551]—

Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about March 27, 2015, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of robbery in the second degree and criminal possession of stolen property in the fifth degree, and placed him on probation for 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342 [2007]). There is no basis for disturbing

the court's determinations concerning credibility and identification. A forcible taking was established by evidence that appellant and his companions made express and implied threats of violence for the purpose of causing the victim to acquiesce in the removal of property from his person. Concur—Sweeny, J.P., Renwick, Andrias, Kapnick and Kahn, JJ.